———o———

STATE OF MISSOURI, Respondent, *vs.* MARY MULLEN, Appellant.

1. *Practice, criminal—Assault and battery—Complaint—Affidavit before a notary sufficient.*—An affidavit to a complaint for assault and battery sworn to before a Notary Public, is sufficient to authorize the issue of a warrant before a Justice of the Peace.

*Appeal from St. Louis Court of Criminal Correction.*

*Voullaire & Sternberg*, for Appellant.

*M. W. Hogan*, for Respondent.

ADAMS, Judge, delivered the opinion of the court.

This was a prosecution for assault and battery, commenced before a Justice of the Peace.

The complaint on which the warrant of the Justice was issued was sworn to before a Notary Public of St. Louis County

The point raised here is, that the Justice had no jurisdiction to issue a warrant on an affidavit made before a Notary.

Section three, of the Act concerning Notaries Public, (2 W. S., 959,) authorizes Notaries to take affidavits, and administer oaths and affirmations in like cases, and in like manner as Justices of the Peace. The only object of the information was to authorize the Justice to issue his warrant. If he is satisfied that such information has been duly sworn to before a proper officer, that is sufficient to authorize him to bring the defendant before him for trial.

Judgment affirmed. The other Judges concur.